KALAH A. PAISLEY
Assistant U.S. Attorney
U.S. Attorney's Office
P.O. Box 3447
Great Falls, MT 59403
119 First Ave. N., Suite 300
Great Falls, MT 59401
Phone:   (406) 761-7715
Fax:     (406) 453-9973
E-mail:  kalah.paisley@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

**FILED**

AUG 0 7 2025

Clerk, U.S. District Court
District of Montana
Great Falls

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> EITHAN TOBY MCKAY, <br><br> Defendant. | CR 25-97-GF-BMM <br><br> INDICTMENT <br><br> ASSAULT WITH A DANGEROUS WEAPON (Count 1) <br> Title 18 U.S.C. §§ 1153(a) and 113(a)(3) <br> (Penalty: Ten years of imprisonment, $250,000 fine, and three years of supervised release) <br><br> ASSAULT RESULTING IN SERIOUS BODILY INJURY (Count 2) <br> Title 18 U.S.C. §§ 1153(a) and 113(a)(6) <br> (Penalty: Ten years of imprisonment, $250,000 fine, and three years of supervised release) |

THE GRAND JURY CHARGES:

1

## COUNT 1

That on or about March 4, 2025, at or near Brockton, in Roosevelt County, in the State and District of Montana, and within the exterior boundaries of the Fort Peck Indian Reservation, being Indian Country, the defendant, ETHAN TOBY MCKAY, an Indian person, intentionally assaulted John Doe with a dangerous weapon, a machete, with specific intent to commit bodily harm, in violation of 18 U.S.C. §§ 1153(a) and 113(a)(3).

## COUNT 2

That on or about March 4, 2025, at or near Brockton, in Roosevelt County, in the State and District of Montana, and within the exterior boundaries of the Fort Peck Indian Reservation, being Indian Country, the defendant, ETHAN TOBY MCKAY, an Indian person, intentionally assaulted John Doe, said assault resulting in serious bodily injury, in violation of 18 U.S.C. §§ 1153(a) and 113(a)(6).

A TRUE BILL.

Foreperson Signature Redacted Original Document Filed Under Seal

FOREPERSON

KURT G. ALME
United States Attorney

(Fa) CYNDEE L. PETERSON
Criminal Chief Assistant U.S. Attorney